FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 8 2021

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00323 LPR |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 846 |
| ABELARDO GONZALEZ, | ) | 21 U.S.C. § 841(a)(1) |
| ENRIQUE SALAZAR-PACHECO, aka Kiki, | ) | 18 U.S.C. § 924(c)(1)(A) |
| RICHARD SMITH, | ) | 18 U.S.C. § 111(a)(1) and (b) |
| JACKIE DAVIDSON, and | ) | 18 U.S.C. §§ 1113 and 1114 |
| JOSE ALONSO MENA MORENO | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(g)(3) |
| | ) | 8 U.S.C. § 1326(a) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From in or about January 2021 until on or about December 2, 2021, in the Eastern District

of Arkansas and elsewhere, the defendants,

ABELARDO GONZALEZ,
ENRIQUE SALAZAR-PACHECO, also known as Kiki, and
RICHARD SMITH,

voluntarily and intentionally conspired with each other, and with others known and unknown to

the grand jury, to knowingly and intentionally distribute and possess with intent to distribute 500

grams or more of a mixture and substance containing a detectable amount of methamphetamine,

a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about July 8, 2021, in the Eastern District of Arkansas, the defendant,

RICHARD SMITH,

knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture

and substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3

On or about July 8, 2021, in the Eastern District of Arkansas, the defendant,

ENRIQUE SALAZAR-PACHECO, also known as Kiki,

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture

and substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 4

On or about July 8, 2021, in the Eastern District of Arkansas, the defendant,

ENRIQUE SALAZAR-PACHECO, also known as Kiki,

knowingly and intentionally possessed at least one firearm in furtherance of a drug trafficking

crime prosecutable in a court of the United States, that is: a violation of Title 21, United States

Code, Section 841(a)(1), as set forth in Count 3 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 5

On or about November 16, 2021, in the Eastern District of Arkansas, the defendant,

JACKIE DAVIDSON,

using a deadly or dangerous weapon, that is, a firearm, did forcibly assault, resist, oppose,

impede, intimidate, and interfere with, a person designated in Title 18, United States Code,

Section 1114, that is, officers and employees of the United States, and of an agency in any

branch of the United States Government, namely Bureau of Alcohol, Tobacco, Firearms, and

Explosives Special Agent J.C. and Drug Enforcement Administration Task Force Officer J.S.,

while such officers and employees were engaged in and on account of the performance of official duties, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT 6

On or about November 16, 2021, in the Eastern District of Arkansas, the defendant,

JACKIE DAVIDSON,

knowingly and intentionally used, carried, brandished, and discharged a firearm, during and in relation to a crime of violence prosecutable in a court of the United States, that is: a violation of Title 18, United States Code, Section 111(a)(1) and (b), as set forth in Count 5 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 7

On or about November 16, 2021, in the Eastern District of Arkansas, the defendant,

JACKIE DAVIDSON,

did, with premeditation and malice aforethought, unlawfully attempt to kill officers and employees of the United States, and of an agency in any branch of the United States Government, namely Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent J.C. and Drug Enforcement Administration Task Force Officer J.S., which killing would be murder as defined in Title 18, United States Code, Section 1111(a), while such officers and employees were engaged in and on account of the performance of official duties, in violation of Title 18, United States Code, Sections 1114 and 1113.

## COUNT 8

On or about November 16, 2021, in the Eastern District of Arkansas, the defendant,

JACKIE DAVIDSON,

knowingly and intentionally used, carried, brandished, and discharged a firearm, during and in relation to a crime of violence prosecutable in a court of the United States, that is: a violation of Title 18, United States Code, Section 1114, as set forth in Count 7 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 9

On or about December 2, 2021, in the Eastern District of Arkansas, the defendant,

### ABELARDO GONZALEZ,

knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, knowingly possessed, in and affecting commerce, a firearm, that is: a Sturm Ruger, Model Police Service-Six, .357 caliber revolver, bearing serial number 154-95796, in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT 10

A.    On or about December 2, 2021, the defendant,

### JOSE ALONSO MENA MORENO,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: false personation in immigration matters, in the United States District Court for the Western District of Texas in Case Number 3:11-cr-01934-KC.

B.    On or about December 2, 2021, in the Eastern District of Arkansas, the defendant,

### JOSE ALONSO MENA MORENO,

knowingly possessed, in and affecting commerce, one or more rounds of PMC .357 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

4

## COUNT 11

On or about December 2, 2021, in the Eastern District of Arkansas, the defendant,

### JOSE ALONSO MENA MORENO,

an alien who had previously been deported and removed from the United States on March 17, 2007; April 11, 2011; and September 16, 2011, was found in the United States in the Eastern District of Arkansas, without having obtained the express consent of the Attorney General of the United States or of the Secretary of the Department of Homeland Security for reapplication by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

## FORFEITURE ALLEGATION 1

Upon conviction of any of the offenses charged in Counts 1 through 3 of this Indictment, the defendants, ABELARDO GONZALEZ, ENRIQUE SALAZAR-PACHECO, also known as Kiki, and RICHARD SMITH, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense, including, but not limited to, the following specific property:

(1) One (1) ATA Arms, 12 gauge shotgun ,bearing serial number 20/D13482;

(2) One (1) Stevens, Model 62, .22 caliber rifle, bearing serial number 0009681;

(3) One (1) Ruger, Model SR .22 caliber pistol, bearing serial number 366-87680;

(4) One (1) Smith & Wesson, Model Airweight, .38 special, revolver, bearing serial number DAD2331;

(5) One (1) Sturm Ruger, Model Police Service-Six, .357 caliber revolver, bearing serial number 154-95796; and

(6) Assorted ammunition seized on December 2, 2021.

## FORFEITURE ALLEGATION 2

Upon conviction of any of the offenses charged in Counts 1 through 3 of this Indictment, the defendants, ABELARDO GONZALEZ, ENRIQUE SALAZAR-PACHECO, also known as Kiki, and RICHARD SMITH, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including, but not limited to, the following specific property:

(1) One (1) ATA Arms, 12 gauge shotgun ,bearing serial number 20/D13482;

(2) One (1) Stevens, Model 62, .22 caliber rifle, bearing serial number 0009681;

(3) One (1) Ruger, Model SR .22 caliber pistol, bearing serial number 366-87680;

(4) One (1) Smith & Wesson, Model Airweight, .38 special, revolver, bearing serial number DAD2331;

(5) One (1) Sturm Ruger, Model Police Service-Six, .357 caliber revolver, bearing serial number 154-95796; and

(6) Assorted ammunition seized on December 2, 2021.

## FORFEITURE ALLEGATION 3

Upon conviction of any of the offenses charged in Counts 1 through 11 of this Indictment, the defendants, ABELARDO GONZALEZ, ENRIQUE SALAZAR-PACHECO, also known as Kiki, RICHARD SMITH, JACKIE DAVIDSON, and JOSE ALONSO MENA MORENO, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property:

(1) One (1) ATA Arms, 12 gauge shotgun ,bearing serial number 20/D13482;

6

Case 4:21-cr-00323-LPR   Document 32   Filed 12/08/21   Page 7 of 7

(2) One (1) Stevens, Model 62, .22 caliber rifle, bearing serial number 0009681;

(3) One (1) Ruger, Model SR .22 caliber pistol, bearing serial number 366-87680;

(4) One (1) Smith & Wesson, Model Airweight, .38 special, revolver, bearing serial number DAD2331;

(5) One (1) Sturm Ruger, Model Police Service-Six, .357 caliber revolver, bearing serial number 154-95796; and

(6) Assorted ammunition seized on December 2, 2021.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]